UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Jennifer Pratt )
_____ )
_____ )
_____ )            CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )                     NO. 16-CV-2315
)
St. Mary's Hospital )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

FILED
OCT 11 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☒ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Jennifer Pratt,
whose street address is 711 S. Miller Ct.,
(city) Decatur  (state) IL  (ZIP) 62521
(Plaintiff's telephone number) (217)-413-2057

3. The defendant is St. Mary's Hospital, whose
street address is 1800 E. Lake Shore Dr.,
(city) Decatur  (state) IL  (ZIP) 62521
(Defendant's telephone number) (217)-464-2966

4. The alleged discrimination occurred at St. Mary's Hospital
(city) Decatur  (state) IL  (ZIP) 62521

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) November (day) 30th (year) 2015.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☐ Other (list): _____

8. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) September 27, 2016.

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☐ by failing to hire the plaintiff.

   (b) ☒ by terminating the plaintiff's employment.

   (c) ☐ by failing to promote the plaintiff.

   (d) ☒ by failing to stop harassment;

   (e) ☐ by failing to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ by failing to reasonably accommodate the plaintiff's religion.

   (g) ☒ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

   (h) ☒ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

   (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;

   (j) ☒ other (specify): Ardy continuously was intimidating me, touching me, following me, watching me.

3

*I have alot more dates and witnesses that has seen him watching me, following me, Itimidating me, witness also seeing his reaction when I confronted him about touching my buttock and witness seeing him put his arm around me.*

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

*I reported to supervisor and HR and EO of hospital on 11.30.15, 12.1.15, 12.2.15, 1.14.16, 1.15.16, 1.25.16 and still continued*

11.30.15 Ardy touched my hand at around 3:05 pm

11.30.15 Ardy grabbed my left buttock at around 3:12 pm

11.30.15 Ardy put his arm around my neck at around 3:18 pm

12.21.15 Ardy was standing in linen room with lights out empty handed peeking out of doorway at me then went to maintence room watching me when I turned around he quick moved

12.28.15 about 3:10 pm Ardy standing in doorway once I passed he got right behind me followed me down hall.

1.15.16 about 3:05pm Ardy purposely walks in front of me to cut me off, month of Jan and Feb ardy would walk right pass me starring at me. 3.14.16 Ardy getting off elevator by my closet watching me.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

*Jennifer Pratt*
(Plaintiff's signature)

Jennifer Pratt
(Plaintiff's name)

_____

711 S. Miller Ct.
(Plaintiff's street address)

(City) Decatur   (State) IL   (ZIP) 62521

(Plaintiff's telephone number) (217) - 413-2057

Date: 10·6·16